UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CV 16-2030 CJC (KESx) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| YOUNG JU CHUNG, | |
| Respondent[s]. | |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

THEREFORE, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California in **Courtroom No. 9B,**

\_\_\_\_ United States Courthouse

350 West First Street,

Los Angeles, California 90012

\_\_\_\_ Roybal Federal Building and United States Courthouse

255 E. Temple Street,

Los Angeles, California 90012

**XX   Ronald Reagan Federal Building and United States Courthouse**

**411 West Fourth Street,**

**Santa Ana, California 92701**

\_\_\_\_ Brown Federal Building and United States Courthouse

3470 Twelfth Street, Riverside, California 92501

**on February 27, 2017, at 1:30 p .m**.

and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summons should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

1     IT IS FURTHER ORDERED that within ten (10) days after service upon
2 Respondent of the herein described documents, Respondent shall file and serve a written
3 response, supported by appropriate sworn statements, as well as any desired motions.  If,
4 prior to the return date of this Order, Respondent files a response with the Court stating
5 that Respondent does not desire to oppose the relief sought in the Petition, nor wish to
6 make an appearance, then the appearance of Respondent at any hearing pursuant to this
7 Order to Show Cause is excused, and Respondent shall be deemed to have complied with
8 the requirements of this Order.

9     IT IS FURTHER ORDERED that all motions and issues raised by the pleadings
10 will be considered on the return date of this Order.  Only those issues raised by motion
11 or brought into controversy by the responsive pleadings and supported by sworn
12 statements filed within ten (10) days after service of the herein described documents will
13 be considered by the Court.  All allegations in the Petition not contested by such
14 responsive pleadings or by sworn statements will be deemed admitted.

16 DATED: This 21st day of November, 2016

19                               United States District Judge